UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) Case No. 06-40019-FDS<br>) |
| v. | ) |
| DERRICK WATTERS, | )<br>) |
| Defendant. | ) |

## ORDER

Upon consideration of the *"Motion To Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. §2255"* (hereinafter, the "§2255 Motion") filed *Pro Se* by defendant, Derrick Watters, in the above-captioned action, and the United States of America's response thereto, it is hereby ORDERED and DIRECTED as follows:

(1) The defendant, Derrick Watters, must file a supplement to his §2255 Motion, which includes: (a) confirmation he has waived his attorney-client privilege with respect to the factual issues concerning effective representation by his attorney, pertaining to the claims of ineffectiveness made in his motion;

(2) Within seven days of receipt of such waiver, the government is hereby ORDERED to serve a copy of such waiver, along with a copy of the defendant's §2255 Motion and supporting memorandum, upon Attorney Timothy Watkins;

(3) Upon receipt from the government of a copy of such waiver and supplement, Attorney Timothy Watkins is hereby ORDERED to answer questions posed by the government or defense counsel relating to claims raised by Watters in his §2255 Motion and to disclose to the government and defense counsel any documentation that responds to the allegations raised by Watters in the §2255 Motion, including any documentation that details conversations or correspondence exchanged with Watters either before or after his sentencing hearing pertaining to Watters' claims of ineffective assistance of counsel; and

(4) Attorney Timothy Watkins is ORDERED to appear on June 14, 2013 at 2 p.m. for the hearing currently scheduled in this matter and/or on any other date that this hearing on Watters' 2255 Motion is continued to in the future when he is informed by either party that his testimony may be required.

SO ORDERED:

/s/ F. Dennis Saylor

F. DENNIS SAYLOR, IV
United States District Judge
District of Massachusetts

DATED: 6.6.2013